```
GREGG A. THORNTON (SBN 146282)
JENNIFER L. RUSNAK (SBN 247054)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
Kevin Barreto, Mark Simonson and
Benicia Police Department
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. BURNS,<br><br>         Plaintiff,<br><br>    v.<br><br>KEVIN BARRETO, MARK SIMONSON and BENICIA POLICE DEPARTMENT,<br><br>         Defendants. | CASE NO. 2:10-CV-01563-MCE-KJN<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANTS AT MAY 5, 2011, HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**FRCP (12(b)(6))**<br><br>Date : May 5, 2011<br>Time : 10:00 a.m.<br>Ctrm : 25, 8th Floor<br>Judge : Hon. Kendall J. Newman |

Upon consideration of the Request for Telephonic Appearance by Counsel for Defendants at the May 5, 2011, hearing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint, and good cause appearing therefore, the Request is hereby GRANTED.

////
////
////
////

1

**[PROPOSED] ORDER**
**2:10-CV-01563-MCE-KJN**

221745.1 555.30022

Counsel for defendants may appear telephonically at the hearing scheduled on May 5, 2011, at 10:00 a.m.

**IT IS SO ORDERED:**

DATED:  April 29, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE