1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TONY L. BURNS,

11            Plaintiff,                    No. 2:10-cv-01563 MCE KJN PS

12        v.

13    OFCR KEVIN BARRETO;
      OFCR MARK SIMONSON OF
14    THE BENICIA POLICE DEPT,

15            Defendants.                    ORDER

16    _____/

17            Defendants' motion for summary judgment was previously set for a hearing to

18    take place on March 15, 2012.  (Minute Order, Feb. 10, 2012, Dkt. No. 48.)[1]  Plaintiff timely

19    sought an extension of time or continuance of the hearing date and briefing schedule pursuant to

20    Federal Rule of Civil Procedure 56(d), so that he could obtain and review documents he claimed

21    he needed to oppose defendants' motion for summary judgment.  Despite deficiencies in

22    plaintiff's initial request, the court granted plaintiff two additional opportunities to make a

23    sufficient showing under Rule 56(d).  (Order, Feb. 29, 2012, Dkt. No. 52; Order, Apr. 3, 2012,

24    Dkt. No. 55.)  On February 23, 2012, plaintiff filed an ex parte request (Dkt. No. 50) seeking an

25

26        [1]  This case proceeds before the undersigned pursuant to Eastern District of California Local
      Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  extension of time in which to oppose defendants' motion for summary judgment.  However, on

2  April 11, 2012, plaintiff withdrew his ex parte request (Dkt. No. 56).

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.    Plaintiff's ex parte request made pursuant to Federal Rule of Civil

5  Procedure 56(d) (Dkt. No. 50) is withdrawn.

6       2.    A hearing on defendants' motion for summary judgment shall take place

7  on Thursday, **May 31, 2012**, at 10:00 a.m., in Courtroom 25.

8       3.    Plaintiff shall file a written opposition or statement of non-opposition on

9  or before **May 3, 2012**.  Plaintiff is cautioned that his opposition must conform with Federal

10 Rule of Civil Procedure 56 and the court's Local Rules, including Local Rule 260, which

11 contains specific provisions governing motions for summary judgment and oppositions thereto.

12      4.    Defendants may file a reply brief on or before **May 10, 2012**.

13      IT IS SO ORDERED.

14 DATED:  April 13, 2012

15

16 _____

17 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26